United States District Court
Southern District of Texas
**ENTERED**
March 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. C-19-657-M |
| | § | |
| ROSS ALEX LONGORIA, JR. | § | |

## ORDER DISMISSING CRIMINAL COMPLAINT

It is hereby ORDERED that the above-entitled and numbered Criminal Complaint be **DISMISSED**, as to the above named Defendant, without prejudice.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

DONE on this 21 day of March, 2019.

UNITED STATES MAGISTRATE JUDGE
Jason B. Libby
United State Magistrate Judge